■ In the Matter of the Claim of Francisco A. Bonilla, Appellant. Commissioner of Labor, Respondent. [56 NYS3d 894]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 1, 2016, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Lynch, Devine, Mulvey and Rumsey, JJ., concur. Ordered that the decision is affirmed, without costs.